# Court of Appeals
# of the State of Georgia

ATLANTA, September 15, 2014

*The Court of Appeals hereby passes the following order*

**A15D0004. IN THE INTEREST OF: A. L. S., R. R. S., G. A. S., & E. G. S., CHILDREN (FATHER) .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

11513977 11513978 11513979 11513980



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, September 15, 2014.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*